IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHEILA K. KESSLER,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>        Defendant. | CV 16-140-BLG-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Defendant has filed an unopposed motion for an extension of time to file a responsive brief. (Doc. 26.) Good cause appearing, **IT IS ORDERED** that Defendant's response brief is due December 20, 2017, and Plaintiff's reply is due January 3, 2018.

**IT IS ORDERED**.

DATED this 20th day of November, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge