UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHEILA K. KESSLER,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. CV-16-140-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the Commissioner's decision denying DIB is AFFIRMED, and that Plaintiff's motion for summary judgment is DENIED.

  Dated this 16th day of May, 2018.

          TYLER P. GILMAN, CLERK

          By: /s/ Judith Rhoades
          Judith Rhoades, Deputy Clerk